FILED

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT for the FLORIDA
## OCALA DIVISION

2016 JAN 22  AM 11: 33

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

|  |  |
|---|---|
| STANLEY KIRKCALDY JOHNSON, | ) |
| _____ | ) |
| *Petitioner* | ) |
| | ) |
| v. | ) Case No. 5:16-CV-36-OC-10 PRL |
| | ) *(Supplied by Clerk of Court)* |
| MORLOTE'S SUCCESSOR, | ) |
| _____ | ) |
| *Respondent* | |
| *(name of warden or authorized person having custody of petitioner)* | |

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.  (a) Your full name:  STANLEY KIRKCALDY JOHNSON
    (b) Other names you have used:  DICK BROWN, DERRICK BROWN, ANTHONY HINDMARSH

2.  Place of confinement:
    (a) Name of institution:  FCC-COLEMAN-MEDIUM
    (b) Address:  POB 1032
        COLEMAN, FLORIDA 33521-1032
    (c) Your identification number:  62067-004

3.  Are you currently being held on orders by:
    ☒ Federal authorities    ☐ State authorities    ☐ Other - explain:

    _____

4.  Are you currently:
    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
    If you are currently serving a sentence, provide:
    (a) Name and location of court that sentenced you:  USDC, Southern District of
    Florida, West Palm Beach Division
    (b) Docket number of criminal case:  113C 0:13-CR-80122
    (c) Date of sentencing:  March 03, 2014
    ☒ Being held on an immigration charge
    ☐ Other *(explain)*:  _____

    _____

    _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

### Decision or Action You Are Challenging

5.  What are you challenging in this petition:

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☒ Immigration detention

☒ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other *(explain)*: _____

6.  Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: <u>USDC, Southern District of Florida, West Palm Beach Division</u>

(b) Docket number, case number, or opinion number: <u>13-80123-CR-MARRA</u>

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: <u>Detainer violates due process rights.</u>

(d) Date of the decision or action: <u>March 04, 2014.</u>

### Your Earlier Challenges of the Decision or Action

7.  **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☐ Yes  ☒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: <u>N/A</u>

(2) Date of filing: <u>N/A</u>

(3) Docket number, case number, or opinion number: <u>N/A</u>

(4) Result: <u>N/A</u>

(5) Date of result: <u>N/A</u>

(6) Issues raised: <u>N/A</u>

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

_____

      (b)  If you answered "No," explain why you did not appeal: _____

Immigration did not respond to request. _____

8.     **Second appeal**

    After the first appeal, did you file a second appeal to a higher authority, agency, or court?

    ☐ Yes          ☒ No

    (a)  If "Yes," provide:

          (1)  Name of the authority, agency, or court: N/A _____

          (2)  Date of filing:              N/A _____

          (3)  Docket number, case number, or opinion number:   N/A _____

          (4)  Result:               N/A _____

          (5)  Date of result:           N/A _____

          (6)  Issues raised:           N/A _____

_____

_____

_____

_____

_____

    (b)  If you answered "No," explain why you did not file a second appeal: _____

_____  N/A _____

9.     **Third appeal**

    After the second appeal, did you file a third appeal to a higher authority, agency, or court?

    ☐ Yes          ☒ No

    (a)  If "Yes," provide:

          (1)  Name of the authority, agency, or court: N/A _____

          (2)  Date of filing:               N/A _____

          (3)  Docket number, case number, or opinion number:   N/A _____

          (4)  Result:                N/A _____

          (5)  Date of result:           N/A _____

          (6)  Issues raised:           N/A _____

_____

_____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

(b)  If you answered "No," explain why you did not file a third appeal:  _____

   **N/A**

10.   **Motion under 28 U.S.C. § 2255**

   In this petition, are you challenging the validity of your conviction or sentence as imposed?

   ☐ Yes        ☒ No    **Immigration Offense.**

   If "Yes," answer the following:

   (a)   Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

        ☐ Yes        ☒ No

        If "Yes," provide:

        (1)  Name of court:  _____ N/A _____

        (2)  Case number:  _____ N/A _____

        (3)  Date of filing:  _____ N/A _____

        (4)  Result:  _____ N/A _____

        (5)  Date of result:  _____ N/A _____

        (6)  Issues raised:  _____ N/A _____

   (b)   Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

        ☐ Yes        ☒ No

        If "Yes," provide:

        (1)  Name of court:  _____ N/A _____

        (2)  Case number:  _____ N/A _____

        (3)  Date of filing:  _____ N/A _____

        (4)  Result:  _____ N/A _____

        (5)  Date of result:  _____ N/A _____

        (6)  Issues raised:  _____ N/A _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c)     Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your
conviction or sentence:   <u>Immigration Offense.</u>

11.     **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☒ Yes                    ☐ No

If "Yes," provide:

(a)     Date you were taken into immigration custody: <u>May 13, 2013</u>

(b)     Date of the removal or reinstatement order: <u>September 11, 2016</u>

(c)     Did you file an appeal with the Board of Immigration Appeals?

☐ Yes                    ☒ No

If "Yes," provide:

(1)  Date of filing:              N/A

(2)  Case number:              N/A

(3)  Result:              N/A

(4)  Date of result:              N/A

(5) Issues raised:              N/A

(d)     Did you appeal the decision to the United States Court of Appeals?

☐ Yes                    ☒ No

If "Yes," provide:

(1)  Name of court:              N/A

(2)  Date of filing:              N/A

(3)  Case number:              N/A

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

| | | |
|---|---|---|
| (4) Result: | N/A | |
| (5) Date of result: | N/A | |
| (6) Issues raised: | N/A | |

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☒ Yes          ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application:    Credible Fear Request for Asylum

(b) Name of the authority, agency, or court:    USCIS, Miami, Florida

(c) Date of filing:    August 19, 2014

(d) Docket number, case number, or opinion number:    #1037285

(e) Result:    Placed Detainer and Referred for Asylum Review.

(f) Date of result:    September 09, 2014.

(g) Issues raised:    Credible Fear of persecution, based on being a homosexual in Jamaica, whereas I have been a victim of several physical and sexual abuse. Also, I am physically unable to maintain, based on my health is deteriorating.

## Grounds for Your Challenge in This Petition

13.    State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE:    I am a homosexual.    I have been assaulted physically and sexually in Jamaica, based on the Laws of Jamaica I have no legal standing. And the Laws violate my 8th and 14th Amendment rights under the U.S. Constitution.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Please see Memorandum of Law Attached.

(b) Did you present Ground One in all appeals that were available to you?

☐ Yes          ☒ No

GROUND TWO:   N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

N/A

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes          ☒ No

GROUND THREE:   N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

N/A

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes          ☒ No

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

GROUND FOUR:   N/A

(a)  Supporting facts *(Be brief. Do not cite cases or law.)*:

N/A

(b)  Did you present Ground Four in all appeals that were available to you?

☐ Yes              ☒ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did
       not:             N/A

**Request for Relief**

15. State exactly what you want the court to do:   Remove Detainer.
    Allow USCIS to process Asylum Petition, based on my health condition.

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

1/13/16

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 1/13/16

_Stanley Johnson_
_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_

FILED

## MEMORANDUM OF LAW

2016 JAN 22  AM 11: 33

CLERK. US DISTRICT COURT
MIDDLE DISTRICT OF FLA.
OCALA FLORIDA

COMES NOW, Petitioner Stanley K. Johnson, who is confined in FCC-COLEMAN-MEDIUM, with an Immigration Detainer facing deportation. Petitioner entered into the United States on May 13, 2013.  Petitioner was subsequently arrested and charged with re-entry.  Petitioner pled out to the above charge.  Petitioner vehemently stated to authorities that he is a homosexual living in Jamaica, in which he sought refuge in America, based on his status as a homosexual. Petitioner has been stabbed, based on his sexuality.

Petitioner qualifies to have his Removal Proceedings terminated pursuant to 8 C.F.R. 1239(2)(F).  Petitioner requests to have the Detainer removed.  Based on 8 U.S.C. § 1158(A), under the ICCPR (International Covenant on Civil and Political Rights), Petitioner is eligible for relief.  Jamaica have strict Laws against homosexuality.  Not only are there Laws against it, it is also life threatening to expose oneself to such a dangerous life threatening circumstance.  The ICCPR which in an Implementation of Human Rights Treaties created by the United States Ex. Or. NO. 13107 of December 10, 1998; 63 Fed. Reg. 68991, provides:

> The Constitution and Laws of the United States of America,
> and bearing in mind the obligation of the United States
> pursuant to the International Covenant on Civil and Political
> Rights (ICCPR), the convention against torture, and cruel in-
> human or degrading treatment or punishment (CAT), the conven-
> tion on the Elimination of all forms of racial discrimination
> (CERD), and other relevant treaties concerned with the pro-

1.

tection and promotion of human rights to which the United States is now or may become a party in the future, it is hereby ordered as follows:

Section 1. Implementation of human rights obligations (a) - it shall be the policy and practice of the Government of the United States, being committed to the protection and promotion of human rights and fundamental freedoms, fully to respect and implement its obligation under the International Human Rights Treaties to which it is a party, including the ICCPR, the CAT, and the CERD. Pursuant to Mitchell v. United States, U.S. Applexis 16403, "A series of Federal Regulations have been promulgated to implement Foreign Affairs Reform and Restructing Act of 1998 (FARRA)." Cadet v. Bulges, 377 F.3d 1173, 1181 (11th Cir. 2004)(citing 8 C.F.R. §§ 208-16-18), these regulations require that an applicant be granted relief under (CAT), when he or she proves that it is "more likely than not" that he or she will be tortured if removed to the proposed County of Removal. 8 C.F.R. § 208.16(C)(2)(C)(4). For purposes of C.A.T. Relief, the regulations define "torture" as:

Any act by which severe pain or suffering, whether physical[1] or mental is intentionally inflicted on a person for such purposes. As obtaining from him or her or a third person information or a confession, punishing him or her for an act he or she or a third person has committed or is suspected of

---

Footnote 1. P.S.I., Page 11, Line 40.
Petitioner fled Jamaica for the third time, based on his sexuality.

2.

having committed or intimidating or coercing him or her or a third person, or for any reason based on Discrimination of any kind, when such pain or suffering is inflicted by or at the instigation of or with.[2]  Jamaica is in NO WAY ACCEPTABLE FOR PETITIONER, based on the fact of his sexual orientation. Petitioner has proven that he is eligible for Relief. See P.S.I., @Page 12, Line 40.  Pursuant to the Foreign Affairs Reform and Restructing Act of 1998 (FARRA).  Petitioner is eligible because FARRA 2242(a) made it Federal Law no one could be removed to Country in which there were substantial grounds for believing person would be in danger of being subjected to torture.  FARRA 2242(a), it followed that those individuals whose detention violated FARRA could challenge detention under 2241.  Maldonado v. Holder, 781 F.3d 1111 (2014), states outlining the above facts and other documentary evidence regarding County conditions, where Petitioner have documentation pertaining to his eligibility. Also, it would be a violation of Petitioner's 8th Amendment right, based on the fact he would be sent to a Country in which he would face more persecution plus torture and harsh treatment for his sexuality.

Petitioner's claim are governed by 28 U.S.C. 1345.  Based on the fact Petitioner is in U.S. he is entitled to the protection of the United States Constitution. Wong Wing, 163 U.S. 228 (1896), "Alien within the territory of the United States are entitled to

_____
Footnote 2. See Attached Exhibits pertaining to laws in Petitioner's native Country.

3.

the protection of the 5th and 6th Amendments of the Federal Constitution regulating procedure in criminal cases. Petitioner's 5th Amendment due process rights are in violation when he request to challenge detention and did not get the liberty to have his Detainer removed.

Petitioner is 55 years old with respitory pulmonary complications who prays that his Application for Asylum become granted, based on his current medical condition it will be a travesty and true miscarriage of justice to send someone to die when America, a Country that rests on the Principles of Human Rights, Dignity and Justice for ALL would let someone suffer for just being who they are born to be.

4.

- 4.3 Public attitudes toward LGBT people
- 4.3.1 Opinion poll results
- 4.3.2 Homophobia based on religion
- 4.3.3 Homophobia based on masculine idealization
- 4.3.4 Attitudes about lesbians
- 4.3.5 Attitudes of Rastafari from Jamaica
- 4.3.6 Portrayal of LGBT people in popular Jamaican music
- 4.4 Homophobia and HIV/AIDS in Jamaica
- 5 Summary Table
- 6 See also
- 7 References
- 8 Further reading

Issues[edit]

**Laws against male same-sex sexual activity[edit]**

Jamaica's laws do not criminalize the status of being LGBT but instead outlaw conduct.[3]:page: 97 The Offences Against the Person Act (OAPA) provides as follows:

> **Section 76. Unnatural Offences.** Whosoever shall be convicted of the abominable crime of buggery, committed either with mankind or with any animal, shall be liable to be imprisoned and kept to hard labour for a term not exceeding ten years.[4]

> **Section 77. Attempt.** Whosoever shall attempt to commit the said abominable crime, or shall be guilty of any assault with intent to commit the same, or of any indecent assault upon any male person, shall be guilty of a misdemeanour, and being convicted thereof, shall be liable to be imprisoned for a term not exceeding seven years, with or without hard labour.[4]

> **Section 79. Outrages on decency.** Any male person who, in public or private, commits, or is a party to the commission of, or procures or attempts to procure the commission by any male person of, any act of gross indecency with another male person, shall be guilty of a misdemeanour, and being convicted thereof shall be liable at the discretion of the court to be imprisoned for a term not exceeding two years, with or without hard labour.[4]

"Gross indecency" is not defined by the OAPA but has been interpreted as "referring to any kind of physical intimacy",[5] including merely holding hands.[6]

Section 76's prohibition of buggery was not widely enforced in 2012.[2] However, according to Human Rights Watch, regardless of how often persons are convicted of buggery or gross indecency, "the arrests themselves send a message." The Jamaican press publishes the names

of men arrested for those crimes, "shaming them and putting them at risk of physical injury."[7] The gross indecency law in Section 79 made LGBT persons "vulnerable to extortion from neighbors who threatened to report them to the police as part of blackmailing schemes."[2]

> **Section 80. Other matters.** Any constable may take into custody, without a warrant, any person whom he shall find lying or loitering in any highway, yard, or other place during the night, that is to say the interval between 7 o'clock in the evening and 6 o'clock in the morning of the next succeeding day, and whom he shall have good cause to suspect of having committed, or being about to commit any felony in this Act mentioned, and shall take such person, as soon as reasonably may be, before a Justice, to be dealt with according to law.[4]

Police have great discretion in detaining individuals under Section 80. This and other laws are used as a pretext by police to detain men who do not conform to gender roles, and women who have sex with women are also targeted for arrest.[3]:page: 97

### Decriminalization efforts[edit]

The European Parliament in 2005 passed a resolution calling on Jamaica to repeal its "antiquated and discriminatory sodomy laws and to actively combat widespread homophobia". [8]

Following Jamaican Prime Minister Portia Simpson's pledge that "no one should be discriminated against because of their sexual orientation", LGBT rights campaigner Maurice Tomlinson filed a case against Jamaica at the Inter-American Commission on Human Rights in February 2012. He had fled the country because of death threats after news about his marriage with another man in Canada reached the local media. No date for the first hearing has been set. [9]

### Efforts to increase criminal penalties[edit]

In 2009, Ernest Smith, a Labour Party member of Parliament, stated during a parliamentary debate that "homosexual activities seem to have taken over" Jamaica, described homosexuals as "abusive" and "violent", and called for a stricter law outlawing homosexual conduct between men that would impose sentences of up to life in prison.[10]

### Absence of laws protecting LGBT people from discrimination[edit]

According to the Inter-American Commission on Human Rights, Jamaica has "no law which prevents discrimination against an individual on the basis of his or her sexual orientation, gender identity, or gender expression. There is no legislation addressing hate crimes in Jamaica."[3]:page: 97

Many in Jamaica oppose inclusion of sexual orientation as a human right because they claim that to do so would be alien to Jamaican culture, with its traditional religious and gender attitudes, and would be a form of cultural imperialism.[11]

Jamaican political parties[edit]

Neither one of the two major political parties in Jamaica has expressed any official support

for gay rights.

However, at a televised debate in late December 2011 between opposition leader (and former prime minister) Portia Simpson-Miller of the People's National Party (PNP) and then-Prime

Minister Andrew Holness, she said she would consider appointing anyone she felt was most qualified for her cabinet regardless of sexual orientation[12] and added that she wanted to see conscience votes allowed by the major parties on gay rights issues in parliament. [13] Although Simpson-Miller was criticized by some social conservatives for her stance,[14] the PNP won a sweeping election victory days later.

During the 2001 elections, the Jamaican Labour Party adopted *Chi Chi Man* by T.O.K., which celebrates burning and killing gay men, as its theme song.[7]

In April 2006, then-opposition leader and future prime minister Bruce Golding vowed that "homosexuals would find no solace in any cabinet formed by him".[15] Two years later when asked if LGBT people could be in the cabinet, he said, "Sure they can be in the cabinet - but not mine."[16]

New or minor political parties, no matter their political philosophy, oppose LGBT rights. The conservative National Democratic Movement opposes LGBT rights on religious grounds alongside the more leftist parties such as the Peoples National Party and the New Nation Coalition.[17]

LGBT rights movement in Jamaica[edit]

The Jamaican Forum for Lesbians, All-Sexuals and Gays (J-FLAG) was created in 1998, and operates underground and anonymously.[6] A columnist in the *Daily Observer*, Mark Wignall, responded to the formation of J-FLAG in a commentary entitled "J-FLAG Must Cool its Homosexual Heat":

> Jamaicans expect homosexuals to be quiet as they indulge in their "watchamacallit." Jamaicans expect them to be ashamed, remorseful, penitent and retiring. None of us want them to take their song and dance routine to the National Arena, or Jamaica House.[6]

**International opinion[edit]**

The Inter-American Commission on Human Rights in 2012 said that "discrimination based on sexual orientation, gender identity, and gender expression is widespread throughout Jamaica, and ... discrimination against those in the lesbian, gay, bisexual, trans, and intersex ... communities is entrenched in Jamaican State institutions. Those who are not heterosexual or cisgender face political and legal stigmatization, police violence, an inability to access the justice system, as well as intimidation, violence, and pressure in their homes and communities."[3]:page: 95

Human Rights Watch said in 2012 that because of homophobia, "human rights defenders advocating the rights of LGBT people are not safe in Jamaica".[18]

**United Nations[edit]**

A Universal Periodic Review (UPR) of Jamaica was completed in 2011[19] under the auspices of the United Nations Human Rights Council. In its report,

> Jamaica stressed that, although consensual sex between adult males remained proscribed by law, there was no legal discrimination against persons on the grounds of their sexual orientation. Jamaica pointed out that Jamaican law did not criminalize lesbian, gay, bisexual and transgender orientation, nor did the Government condone discrimination or violence against lesbian, gay, bisexual and transgender persons. It added that there had been no credible cases of arbitrary detention and/or

harassment of such persons by the police, nor was there any such official policy. Likewise, there was no evidence of any mob-related killing of lesbian, gay, bisexual or transgender persons. Jamaica stressed that the issue of male homosexuality was one of great sensitivity in Jamaican society, in which cultural norms, values, religious and moral standards underlay a rejection of male homosexual behaviour by a large majority of Jamaicans; and that the Government was committed to ensuring that all citizens were protected from violence.[20]:page: 6, ¶ 31–32

During the UPR working group meeting, Australia encouraged Jamaica to repeal its laws against same-sex activities and condemn homophobic statements made by public figures. [20]:page: 8, ¶ 50 The Netherlands expressed concern about harassment of LGBT persons and stated that legislation criminalizing consensual same-sex activities might contribute to the problem.[20]:page: 8, ¶ 52 The United States "remained concerned about continuing discrimination, violence and exploitation, especially against the lesbian, gay, bisexual and transgender community."[20]:pages: 8–9, ¶ 53

Slovenia stated that the abuse and harassment of LGBT persons by law enforcement officials were "highly worrisome".[20]:page: 9, ¶ 54 The United Kingdom encouraged Jamaica to promote tolerance and end discrimination against LGBT persons.[20]:page: 9, ¶ 56 Sweden expressed concern about the criminalization of consensual sex between men and inquired about whether there were initiatives to decriminalize it.[20]:page: 10, ¶ 66

Jamaica refused to support the recommendations made about LGBT rights.[20]:page: 22, ¶¶ 101.18-.25, 102 "In response to questions regarding sexual orientation, Jamaica ... noted that sexual orientation was not criminalized, only a specific act. Jamaica stated that it was aware of existing concerns and observed that this was a sensitive issue." In addition, "Jamaica explained that the government has raised public awareness" about sexual orientation and discrimination and "will continue to do so, but that this needed resources."[20]:pages: 9, 12, ¶¶ 58, 84

Social conditions[edit]

**Anti-LGBT violence[edit]**

Jamaican musician Buju Banton has attracted criticism over lyrics allegedly supporting the murder of gay men.[21]

Human rights non-governmental organizations and governmental entities have agreed that violence against LGBT people, primarily by private citizens, was widespread in 2012.[2] The Jamaican Forum for Lesbians, All-Sexuals and Gays (J-FLAG) in 2012 "continued to report serious human rights abuses, including assault with deadly weapons, 'corrective rape' of women accused of being lesbians, arbitrary detention, mob attacks, stabbings, harassment of gay and lesbian patients by hospital and prison staff, and targeted shootings of such persons.[2]

Police often did not investigate such incidents. During the year[,] J-FLAG received 68 reports of sexually motivated harassment or abuse, which included 53 cases of attempted or actual assault, including at least two killings, and 15 reports of displacements. J-FLAG data showed that young people, ages 18 to 29, continued to bear the brunt of violence based on sexual orientation."[2] In Jamaican prisons, there were numerous reports in 2012 of violence against gay inmates, perpetrated by wardens and other inmates, but few inmates sought recourse through the prison system.[2]

Amnesty International has "received many reports of vigilante action against gay people by members of the community, and of ill-treatment or torture by the police. Gay men and lesbian women have been beaten, cut, burned, raped and shot on account of their sexuality. ... We are concerned that these reports are just the tip of the iceberg. Many gay men and women in Jamaica are too afraid to go to the authorities and seek help."[22] This violence has prompted many gay persons to emigrate[2] and hundreds of LGBT Jamaicans to seek asylum in the United Kingdom, Canada, and the United States.[23]

Violence against HIV positive people is commonplace, but legal repercussions for the aggressor are rare. The Joint United Nations Programme on HIV/AIDS representatives for Jamaica have described the blind-eye towards homophobic violence as "legalized discrimination" and have claimed that the violence has driven the HIV epidemic further underground, making access to treatment and outreach more difficult.[24]

## Particular incidents[edit]

In June 2004, founding member and the public face of the Jamaican Forum for Lesbians, All-Sexuals and Gays (J-FLAG) and Jamaica's leading gay-rights activist, Brian Williamson, was stabbed to death in his home. Police ruled that the murder was the result of a robbery, but J-FLAG believes his murder was a hate crime.[25] Human Rights Watch (HRW) researcher Rebecca Schleifer had a meeting with Williamson that day, and arrived at his home not long after his body had been discovered:

> She found a small crowd singing and dancing. One man called out, "Battyman he get killed." Others were celebrating, laughing and shouting "Let's get them one at a time", "That's what you get for sin". Others sang "Boom bye bye", a line from a well-known dancehall song by Jamaican star Buju Banton about shooting and burning gay men. "It was like a parade", says Schleifer. "They were basically partying."[26]

HRW also reported that police helped a suspect evade identification, and consistently refused to consider the possibility of a homophobic motive for the killing, with the senior officer responsible for the investigation claiming "most of the violence against homosexuals is internal. We never have cases of gay men being beaten up [by heterosexuals]."[27]

A friend of Williamson's, Lenford "Steve" Harvey, who worked in Targeted Interventions at Jamaica AIDS Support for Life, was shot to death on the eve of World AIDS Day the following year. Gunmen reportedly burst into his home and demanded money, demanding to know "Are you battymen?" "I think his silence, his refusal to answer that question sealed it", said Yvonne McCalla Sobers, the head of Families Against State Terrorism. "Then they opened his laptop and saw a photograph of him with his partner in some kind of embrace that showed they were together. So they took him out and killed him."[26] Six people have been charged with the killing. Their trial began and was then postponed in 2007. It was resumed in 2012.[2]

In April 2006, students at the Mona campus of the University of the West Indies rioted as police attempted to protect a man who had been chased across the campus because another student had claimed the man had propositioned him in a bathroom. The mob demanded that the man be turned over to them. It only dispersed when riot police were called in and one officer fired a shot in the air.[28]

In November 2012, two campus security guards beat a reportedly gay university student when he sought refuge from a mob of fellow students who were chasing him. The security company fired the two guards, and the university established a working group to develop a sensitization and education program to deal with intolerance and bullying and to recommend corrective measures.[2]

In August 2013, an openly gay man in Montego Bay was stabbed to death in his home and then his home was set on fire.[29] Earlier in the month, two men who were perceived by angry residents to be gay were forced to take refuge in a police station after a minor car accident. [30] In July, a mob in St. James stabbed to death a gender-nonconforming 17 year old.[31]

**Public attitudes toward LGBT people[edit]**

**Opinion poll results[edit]**

Results from the "National Survey of Attitudes and Perceptions of Jamaicans Towards Same Sex Relationships" were published in 2011. Based on a random survey in late 2010 of 1,007 Jamaicans, aged 18–84, 85.2 percent were opposed to legalizing homosexuality among consenting adults. In addition, 82.2 percent said that male homosexuality was immoral, 75.2 percent believed that female homosexuality was immoral, and 75.3 percent believed that bisexual relationships were immoral.[32]

In 2008, a poll of 1,008 Jamaicans was conducted that read, "Whether or not you agree with their lifestyle, do you think homosexuals are entitled to the same basic rights and privileges as other people in Jamaica?" 26 percent said "yes", 70 percent said "no", and 4 percent did not know.[33]

A poll in 2001 showed that 96 percent of Jamaicans were opposed to any move that would seek to legalise homosexual relations.[34][35]

**Homophobia based on religion[edit]**

Many Jamaicans are devoutly Christian and claim that their anti-gay stance is based on religious grounds.[36]

In June 2013, Jamaican church pastors rallied nearly 1,500 people in Kingston to support the country's buggery laws. Pastor Leslie Buckland of the Church of Christ argued that LGBT activists were trying to "take over the world" with their challenge of the laws. Buckland said that if the laws were repealed, activists would "go back to the court to make it a criminal offense to speak against the homosexual lifestyle."[37]

In February 2006, a coalition of church leaders and members of the Lawyers' Christian Fellowship declared their opposition to the privacy provisions of a proposed Charter of Rights that would form the basis of an amended Jamaican Constitution. Chief among the concerns was that homosexuality could be made legal, although Justice Minister A. J. Nicholson and the leader of the opposition, Bruce Golding, denied this and opposed decriminalizing buggery.[38]

Cecil Gutzmore at the University of the West Indies has written that religious fundamentalists believe that the Bible variously declares homosexuality to be an "abomination", a "vile affection", "unseemly", "not natural", or a "form of ungodliness".

> Those who commit this great sin are thus unequivocally construed ... as legitimate subjects to be punished by terminal violence, a fate not only dealt out directly by God Himself but, presumably, also by those regarding themselves as His faithful servants and the possible agents of His will. These persons feel a kind of righteous justification for ... acting violently on God's behalf against perceived homosexuals and homosexuality. ... In Jamaica metaphorical stones enthusiastically and destructively cast take the form of homophobic song lyrics, passionate sermons, and parliamentary and party conference speeches that voice a refusal to liberalize anti-homosexuality laws.[39]

Local LGBT-rights group J-FLAG acknowledges that anti-LGBT sentiment is influenced by certain passages from the Bible, but counters that,

> the appropriation by legislatures of the Christian condemnation of homosexuals is a purely arbitrary process, guided largely by individual biases and collective prejudices. In the case of adultery, of which much more mention is made in Biblical text, Jamaica has no law pertaining to its condemnation or prosecution. The same applies to the act of fornication.[40]

### Homophobia based on masculine idealization[edit]

Jamaica has a heavily male-dominanted social structure.[41] Consequently, adultery and fornication are praised as signs of male virility in the lyrics of popular songs, particularly in Jamaican dancehall.[6] Homosexuality (i.e., buggery) in this context is seen as a potential affront to the male "ideal".[40] The virulent forms of homophobia in Jamaica are attributable to norms of hypermasculinity, which is roughly equivalent to the sexual behaviours associated with machismo in Central and South America.[42]

Jamaican male sexual identity has long been defined in opposition to homosexuality. [24] According to Dr. Kingsley Ragashanti Stewart, a professor of anthropology at theUniversity of the West Indies, "A lot of Jamaican men, if you call them a homosexual, ... will immediately get violent. It's the worst insult you could give to a Jamaican man."[24] Dr. Stewart believes that homophobia influences almost every aspect of life and shapes the everyday language of ghetto youth. "It's like if you say, 'Come back here,' they will say, 'No, no, no don't say 'come back'.' You have to say 'come forward,' because come back is implying that you're 'coming in the back,' which is how gay men have sex."[24]

### Attitudes about lesbians[edit]

For lesbians in Jamaica, the situation is considerably more ambiguous. In common with many countries where homosexual acts are or were illegal, legislation refers specifically to acts between males, making female homosexuality legal by omission. *Jamaica Gleaner* columnist Morris Cargill, who supported the "nurture" view with respect to environment and sexual orientation, wrote in 1999:

> There seems to be a certain logic in female homosexuality. For if it is true, broadly speaking, we acquire our first sexual proclivities in infancy, girl children who are petted and fondled by their mothers, nurses and female relatives acquire what might be said to be a "normal" sexual affection for their own sex. But this is not true of male children, so it seems to me that there is a very fundamental difference between male and female homosexuality.[43]

Amnesty International, however, has received reports of violence against lesbians, including rape and other forms of sexual violence. Lesbians reportedly have been attacked on the grounds of "mannish" physical appearance or other visible "signs" of sexuality. Some reports of abduction and rape come from inner-city communities, where local non-governmental organizations have expressed concerns about high incidences of violence against women.[44]

Although lesbian civil ceremonies have taken place, Jamaica does not recognise any legal basis for partnerships between women.[45][46] In 2012, American couple Jamaican-born Nicole Y.

Dennis-Benn and Emma Benn held the first lesbian wedding in Jamaica, although their marriage was not legally recognized in Jamaica, they were by law, legally married in New York State (which legalized same-sex marriage in 2012) where they reside. The couple had their celebration ceremony in Jamaica after being lawfully married in the United States.[47]

## Attitudes of Rastafari from Jamaica[edit]

There are some homophobic attitudes in the Rastafari movement, according to an anonymous, well-educated Rasta elder in 2007:

> The real reason why the average "Jah D" in Jamaica has this extreme, rational aversion to male homosexuality is not ... because of "fear of the other", it is not because of Biblical injunction; it is not because of its supposed "un-Africanness" nor the fact that Jamaica is nominally a "Christian country". It is simply that he cannot condone the abandonment of the clean "nip and tuck" of normal heterosexual relations for the unhygienic foray amid waste matter, unfriendly bacteria and toxic germs.[48]

Senior Rastafari Ras Iyah V opposes the repeal of Jamaica's buggery laws. "I would have to stand with those who oppose homosexuality because that is not our way. From a moral and traditional African point of view, homosexuality is not acceptable."[49]

Some Rastafari from Jamaica, however, have supported gay rights. British-born writer Benjamin Zephaniah said in 2005, "[I]t hurts when I see that [Jamaica] ... is now associated with the persecution of people because of their sexual orientation. I believe it is my duty to call upon all the progressive people of Jamaica ... to take a stand against homophobia."[50] Mista Mahaj P, a Jamaican-born Rastafari based in the United States, released in 2011 reggae's first pro-gay album entitled *Tolerance*.[51] King B-Fine, a Rastafari Reggae artist born in Jamaica, openly supports gay rights. He clarified this after some controversy about his song "Jah Nah Dead".

## Portrayal of LGBT people in popular Jamaican music[edit]

*See also: Stop Murder Music*

The Jamaican dancehall group T.O.K. were among several artists refused to sign the Reggae Compassionate Act.

Jamaica's popular culture has a strong tradition of music, including reggae and dancehall. As a consequence, performers are high profile, both influencing popular opinion and reflecting it. The United States Department of State said that in 2012 "through the songs and the behavior of some musicians, the country's dancehall culture helped perpetuate homophobia."[2] In its 2011 review of Jamaica for compliance with the International Covenant on Civil and Political Rights, the United Nations Human Rights Committee expressed regret over "virulent lyrics by musicians and entertainers that incite violence against homosexuals" and recommended that Jamaica investigate, prosecute, and sanction persons who do so.[52]

Artists such as Buju Banton,[53][54] Bounty Killer,[54][55] Beenie Man,[56][57] Mavado, [58] Sizzla,[59] Elephant Man,[54][60]Capleton,[61] T.O.K.,[62] and Shabba Ranks[63][64] have during their careers written or performed, or both, songs that advocate attacking or killing gays and lesbians.

Banju Banton, according to *Time Magazine*, "is an avowed homophobe whose [1992] song *Boom Bye-Bye* decrees that gays 'haffi dead' ('have to die')."[54] The song also "boasts of shooting gays with Uzis and burning their skin with acid 'like an old tire wheel'."[54] Buju Banton's manager, Donovan Germain, has insisted that "Buju's lyrics are part of a metaphorical tradition. They're not a literal call to kill gay men."[54]

One of Beenie Man's songs contains the lyrics: "I'm a dreaming of a new Jamaica, come to execute all the gays."[65] Bounty Killer has urged his listeners to burn "Mister Fagoty" and make him "wince in agony."[54] Elephant Man said in one of his songs, "When you hear a lesbian getting raped / It's not our fault ... Two women in bed / That's two Sodomites who should be dead."[54] Lyrics from Sizzla's songs include: "Shot battybwoy, my big gun boom." (Shoot queers, my big gun goes boom.)[66]

Some Rastafari have advocated for violence and discrimination against LGBT people.[67] When singing about gay males, those advocates have used terms like "MAUMA MAN (Maama Man), FASSY HOLE (or simply FASSY), MR. BURN, PUSSYHOLE, FAGGOT, VEGETA MAN, FISHMAN, FUNNY MAN, BUJU MAN, FREAKY MAN, GOKU, POOP MAN, BUGGER MAN and the most commonly used, BATTY MAN (butt man) and CHI CHI MAN (chi chi, in Jamaica, is the slang for vermin)."[67]

When signing about gay women, they have used terms like "SODOMITE, CHI CHI GAL or simply LESBIAN."[67] The Bobo Ashanti, including dancehall singers Sizzla, Capleton, and Anthony B, condemn everything in conflict with their beliefs: "Fire pon politicians, Fire pon Vatican, Fire pon chi chi man..."[67] Some singers have defended themselves by saying that it is "a 'spiritual fire.'"[67]

An international campaign against homophobia by reggae singers was headed by OutRage!, the UK-based gay activism group,[68] and the UK-based Stop Murder Music Coalition.[69] An agreement to stop anti-gay lyrics during live performances and not to produce any new anti-gay material or re-release offending songs was reached in February 2005 between dancehall record labels and organizations opposed to anti-gay murder lyrics.[69]

According to a 2005 published report, the Canadian High Commission in Jamaica was also requiring performers who wished to tour in Canada to sign an Entertainer Declaration that stated that they had read and fully understood excerpts from the Criminal Code of Canada, the Canadian Charter of Rights and Freedoms, and the Canadian Human Rights Act and would not "engage in or advocate hatred against persons because of their ... sexual orientation."[70] Calls for a boycott of Jamaica and its music in Canada had provoked a debate over censorship and free expression in both Jamaica and Canada.[71]

In August 2013, Queen Ifrica made anti-gay comments at the Grand Gala independence celebrations in Kingston,[72] which were promptly criticized and labeled as inappropriate by the government's Ministry of Youth and Culture.[73] The promoters of Rastafest in Toronto, held later the same month, then dropped her from the concert lineup after various persons and groups protested her inclusion.[74]

A 2010 random survey of Jamaican adults showed that among those who most listened to reggae music, 65.0 percent expressed repulsion (the most negative word available) about persons in same-sex relationships. The percentages for dancehall music were 62.8 percent, 47.5 percent for rhythm and blues, 45.4 percent for those with no music preference, 42.9 percent for old hits and gospel, 35.3 percent for rock/alternative, and 30.8 percent for hip hop/rap.[32]

**Homophobia and HIV/AIDS in Jamaica[edit]**

*See also: HIV/AIDS in Jamaica*

An estimated 1.8 percent of the age 18–49 population of Jamaica was HIV positive in 2011. [75] The rate for men who have sex with men was 32.8 percent.[76] The highest rates of infection were in the most urbanized parishes and in tourist areas.[76] The HIV epidemic has been closely tied to poverty and developmental and socio-cultural issues, including slow economic growth, high levels of unemployment, early sexual debut, the culture of multiple partnerships, and the informal drug and commercial sex sectors.[76]

In 2004, Human Rights Watch issued a report on the status of LGBT people in Jamaica. The report documented widespread homophobia and argued that the high level of intolerance was harming public efforts to combat violence and the AIDS-HIV pandemic.[7]

The way Jamaicans associate HIV with homosexual anal sex has been partly shaped by the

international media coverage at the beginning of the epidemic. Dr. Robert Carr, widely

recognized as one of the world's leading researchers on cultural forces and the unfolding of the

HIV pandemic, said,

> AIDS was seen as a disease of gay, White, North American men. And people were
> really afraid of it. There were no treatments available in the Caribbean at the time,
> so AIDS really was a death sentence. You had people with Kaposi's sarcoma,
> people with violent diarrhea, who were just wasting away and then dying in really
> horrible and traumatic ways. To call what was going on here "stigma and
> discrimination" was really an understatement. In the ghettos[,] they were putting tires
> around people who had AIDS and lighting the tires on fire. They were killing gay
> people because they thought AIDS was contagious. It was a very extreme
> environment, and really horrible things were happening.[24]

Stigma has been associated with HIV in Jamaica since the beginning of the epidemic, partly because of its association with male homosexuality.[42] Jamaican men, in particular, are so concerned about being associated with homosexuality that they are hesitant to seek HIV treatment and prevention services.[24] Poor men living with HIV are assumed to have participated in same-sex sexual acts, and poor men who participate in those acts are assumed to be HIV positive.[42] Some people in Jamaica become suicidal when they first receive their HIV diagnosis, rooted in the fear of isolation and discrimination that will result from others finding out and not from the potential of death associated with it.[42]HIV is a reportable disease, resulting in a visit by a contact investigator who asks for the names of sexual partners.[42]

The spread of HIV also encourages a cycle of blame and violence, which marginalizes and encourages violence against a gay lifestyle. This cycle takes on further meaning under Jamaican law, which criminalizes all anal sex and often turns a blind eye to violence against homosexuals.[24] Few are willing to take up the language of human rights against what is happening to homosexuals and HIV positive individuals because they are considered responsible for the spread of HIV.[11]

A study conducted by AIDS researchers found that half of surveyed university students in Jamaica felt sympathetic towards heterosexual men and non-sex workers who were HIV positive, but did not feel the same for homosexual men and female sex workers.[11] Essentially this study showed that less blame is attached to people who became positive through "less

controllable" acts such as voluntary heterosexual intercourse or drug use. Many Jamaicans felt that sex workers and homosexuals are not to be pitied because they were acting in a way that knowingly put themselves at higher risk.[11]

The secretive nature of gay culture in Jamaica makes outreach nearly impossible. Fear of being identified as gay has forced many men into early marriages in the hopes of avoiding future accusations. Miriam Maluwa, the UNAIDS country representative for Jamaica, said, "[Gay men] marry fairly rapidly, they have children fairly rapidly to regularize themselves, and that is really a ticking bomb".[24] Gay men forced into heterosexual marriage are bound to have extramarital affairs. These affairs put their wives at high risk for infection as well.

Summary Table[edit]

| | |
|---|---|
| Same-sex sexual activity legal | ✗ For male (Penalty: Up to 10 years imprisonment and hard labor; not enforced[*citation needed*]) / ✔ For female |
| Equal age of consent | ✗ For male / ✔ For female |
| Anti-discrimination laws in employment | ✗ |
| Anti-discrimination laws in the provision of goods and services | ✗ |
| Anti-discrimination laws in all other areas (incl. indirect discrimination, hate speech) | ✗ |
| Same-sex marriages | ✗ |
| Recognition of same-sex couples | ✗ |
| Step-child adoption by same-sex couples | ✗ |
| Joint adoption by same-sex couples | ✗ |
| Gays and lesbians allowed to serve openly in the military | ✗ |
| Right to change legal gender | ✗ |
| Access to IVF for lesbians | ✗ |
| Commercial surrogacy for gay male couples | ✗ |

MSMs allowed to donate blood  ✗

See also[edit]

 *LGBT portal*

 *Jamaica portal*

 *Human rights portal*

- Politics of Jamaica
- LGBT rights in the Commonwealth of Nations
- LGBT rights in the Americas
- LGBT rights by country or territory

References[edit]

1. **Jump up^** Padgett, Tim (April 12, 2006). "The Most Homophobic Place on Earth?". *Time*.
2. ^ Jump up to:*a b c d e f g h i j k l* 2012 Country Reports on Human Rights Practices: Jamaica, Bureau of Democracy, Human Rights and Labor, U.S. Department of State, pages 20-22
3. ^ Jump up to:*a b c d e* Chapter VII: Discrimination Based on Sexual Orientation and Gender Identity, Report on the Situation of Human Rights in Jamaica, Inter-American Commission on Human Rights, Organization of American States, 2012
4. ^ Jump up to:*a b c d* Offenses Against the Person Act
5. **Jump up^** "Jamaica: Support The Inclusion Of Sexual Orientation As A Protected Category In The Jamaican Constitution", International Gay & Lesbian Human Rights Commission, 4 May 2000
6. ^ Jump up to:*a b c d* "Sexual Orientation and Human Rights in the Americas", *World Policy Reports*, Project for Global Democracy and Human Rights, World Policy Institute, authored by Andrew Reding, December 2003, page 79
7. ^ Jump up to:*a b c* "Hated to Death: Homophobia, Violence and Jamaica's HIV/AIDS Epidemic", Human Rights Watch, 16 November 2004
8. **Jump up^** "European Union: Parliament Calls on Jamaica to End Violence and Homophobia", Human Rights Watch, 1 June 2005
9. **Jump up^** Boseley, Sarah (10 February 2012). "Jamaican gay rights activists hopeful of repealing anti-homosexuality law". The Guardian. Retrieved 2012-06-10.
10. **Jump up^** "Jamaica: Condemn Homophobic Remarks", Human Rights Watch, 19 February 2009

11.^ Jump up to:*a b c d* Norman, Lisa R.; Carr, Robert; Jiménez, Julio (September–October 2006). "Sexual stigma and sympathy: attitudes toward persons living with HIV in Jamaica" (PDF).*Culture, Health, & Sexuality* **8** (5): 423–33. doi:10.1080/13691050600855748.PMID 16923646.

12.**Jump up^** "Jamaica activist criticizes anti-gay rhetoric by gov't candidates in leadup to tight elections", *Associated Press*, reprinted on GlobalGayz.com, 27 December 2011

13.**Jump up^** "Jamaica: Vote coming soon on repeal of anti-gay law", *Erasing 76 Crimes*, reported by Collin Stewart, 7 June 2013

14.**Jump up^** "Jamaica: Dealing with the gay rights issue", *Zimbio*, authored by Dennis Dames, 13 January 2012

15.**Jump up^** "Troubled island", *The Guardian*, 26 April 2006

16.**Jump up^** "Golding talks about policing, gays on BBC", *Jamaica Gleaner*, 21 May 2008

17.**Jump up^** "New Nation Coalition party launched". *RJR News*. 4 August 2010.[*dead link*]

18.**Jump up^** "Jamaica: Combat Homophobia", Human Rights Watch, 18 July 2012

19.**Jump up^** "Outcome of the Universal Periodic Review: Jamaica", United Nations Human Rights Council, 16th Session, A/HRC/16/DEC/112, 17 March 2011

20.^ Jump up to:*a b c d e f g h i* "Report of the Working Group on the Universal Periodic Review - Jamaica", United Nations Human Rights Council, 16th Session, A/HRC/16/14, 4 January 2011

21.**Jump up^** Nelson, Leah. "Jamaica's Anti-Gay 'Murder Music' Carries Violent Message | Southern Poverty Law Center". Splcenter.org. Retrieved 2013-02-19.

22.**Jump up^** "Jamaica's Gays: Protection from Homophobes Urgently Needed", Amnesty International, compiled by *GayToday.com*

23.**Jump up^** "Gay Jamaican wins U.S. asylum", *Qnotes Online*

24.^ Jump up to:*a b c d e f g h* Fink, Micah (September 2009). "How AIDS Became a Caribbean Crisis".*The Atlantic.*

25.**Jump up^** BBC news, Jamaican gay activist murdered, Thursday, 10 June 2004.

26.^ Jump up to:*a b* Younge, Gary (26 April 2006). "Troubled island". *The Guardian.*

27.**Jump up^** Letter Urging Jamaican Government to Protect Rights Defenders and Address Violence and Abuse Based on Sexual Orientation and HIV Status, 30 November 2004. Human Rights Watch

28.**Jump up^** Wildes, Andrew (April 5, 2006). "Alleged homosexual attacked at UWI". *Jamaica Gleaner.*

29.**Jump up^** 41-year-old Gay Man Was Murdered and Burnt By Unknown Assailants In Jamaica,*Minority-Insight*, 27 August 2013]

30.**Jump up^** Video: 2 Men Trapped By Mob In Jamaica For 'Appearing' Gay, *glaad*, 29 August 2013

31.**Jump up^** "Dwayne Jones, 'Cross-Dressing' Jamaican Teen, Allegedly 'Chopped And Stabbed' To Death By Mob", Huffington Post, reported by Cavan Sieczkowski, 25 July 2013

32.^ Jump up to:*a b* "National Survey of Attitudes and Perceptions of Jamaicans Towards Same Sex Relationships", AIDS-Free World, 30 June 2011

33.**Jump up^** "Jamaicans Reject Basic Rights for Homosexuals". Angus Reid Global Monitor. 26 June 2008. Retrieved 2013-06-24.

34.**Jump up^** Younge, Gary (26 June 2004). "Chilling Call to Murder as Music Attacks Gays". *The Guardian*.

35.**Jump up^** DW (Homosexual Men – Persecution – Sufficiency of Protection) Jamaica, CG [2005] UKAIT 00168, Asylum and Immigration Tribunal

36.**Jump up^** Wockner, Rex, "Bishops denounce gay sex," International News #400, 24 December 2001

37.**Jump up^** "Jamaican Pastors Rally in Support of Anti-Sodomy Law; Fear Homosexuality Acceptance", *CP Latin America*, reported by Stoyan Zaimov, 24 June 2013

38.**Jump up^** RadioJamaica.com, Wed 15 February 2006. Homosexuality won't be legalised, says Justice Minister

39.**Jump up^** "Casting the First Stone! Policing of Homosexuality in Jamaican Popular Culture",*interventions*, authored by Cecil Gutzmore, vol. 6(1), 2004, pages 118–134

40.^ Jump up to:*a b* J-FLAG, "Parliamentary Submission: The Jamaica Forum for Lesbians All-Sexuals and Gays (J-FLAG) with regard To 'An Act to Amend the Constitution of Jamaica to Provide for a Charter of Rights and for Connected Matters'," 2001. Submission online. [Accessed 22 June 2006].

41.**Jump up^** "Social Assessment: Reform of Secondary Education in Jamaica", United Nations Economic Commission for Latin America and the Caribbean, authored by Beverley Carlson, prepared for the World Bank Project Appraisal Document on the Reform of Secondary Education (Rose II), January 2002

42.^ Jump up to:*a b c d e* "Homosexuality and HIV/AIDS stigma in Jamaica", *Culture, Health & Sexuality*, authored by Ruth C. White and Robert Carr, July–August 2005, volume 7(4), pages 347–359

43.**Jump up^** Cargill, Morris (21 January 1999). "Heigh-ho for 1999!". *Jamaica Gleaner*. Retrieved2 March 2006.

44.**Jump up^** Czyzselska, Jane. "No Woman No Cry: Lesbians in Jamaica". *GayTimes*.

45.**Jump up^** Dennis-Benn, Nicole Y. (7 June 2012). "In Her Own Words: Couple Makes History at First Lesbian Wedding in Jamaica". *Ebony*.

46.**Jump up^** "Lesbians legally wed". *The Gleaner*. 4 June 2012.

47.**Jump up^** "IN HER OWN WORDS: Couple Makes History at First Lesbian Wedding in Jamaica",*Ebony*, 7 June 2012

48.**Jump up^** "Rasta view on fish", *Islandmix, reported by Mark Wignall, 22 April 2007*

49.**Jump up^** "Senior Rastafarian Says No To Repealing Buggery Law", *The Gleaner*, 8 June 2013

50.**Jump up^** "Jamaica: Benjamin Zephaniah calls on Jamaicans everywhere to stand up against homophobia". Amnesty International. Retrieved 12 October 2012.

51.**Jump up^** "Reggae Singer Backs Gay Rights", *Young Voices*, 15 August 2011

52.**Jump up^** Concluding Observations of the Human Rights Committee: Jamaica, United Nations Human Rights Committee, CCPR/C/JAM/CO/3, paragraph 8, pages 2-3, 17 November 2011

53.**Jump up^** "Jamaica's Anti-Gay 'Murder Music' Carries Violent Message", *Intelligence Report*, Winter 2010

54.^ Jump up to:*a b c d e f g h* "The Most Homophobic Place on Earth?", *Time*, reported by Tim Padgett, 12 April 2006

55.**Jump up^** "Met accused of supporting homophobic music by allowing 'gay-hate' singer's concert",*Mail Online*, reported by Amar Singh, 18 November 2008

56.**Jump up^** "Dancehall Homophobe Beenie Man Calls Gays Child Molesters In Advocate 'Apology'",*Queerty*, authored by Dan Avery, 1 August 2012

57.**Jump up^** "Critic's Notebook, Dancehall's Vicious Side: Antigay Attitudes", *The New York Times*, authored by Kelefa Sanneh, 6 September 2004

58.**Jump up^** "No immigration clearance for Mavado", *Trinidad Express Newspapers*, reported by Denyse Renne, 25 July 2011

59.**Jump up^** "Reggae artist Sizzla's swedish concert cancelled over anti-gay lyrics", *Yardflex.com*, 23 March 2012

60.**Jump up^** "Elephant Man asked to avoid homophobic lyrics in coming Toronto show", *CP24*, reported by Saira Peesker, 23 September 2009

61.**Jump up^** "Protests over hate lyrics lead to another reggae concert cancellation", *The Advocate*, 2 October 2004

62.**Jump up^** "Why can blacks bash gays?", *New Statesman*, authored by Peter Tatchell, 14 October 2002

63.**Jump up^** "Activists take on culture's anti-gay lyrics", *Los Angeles Times*, authored by Baz Dreisinger, 18 September 2004

64.**Jump up^** "The World". Channel 4. 1992. Retrieved 8 September 2010.

65.**Jump up^** "Growing up gay in Jamaica", *BBC News*, 15 September 2004

66.**Jump up^** "'Kill Gays' Singer to Play Birmingham", *UK Gay News*, 31 August 2004

67.^ Jump up to:*a b c d e* "Dancehall: An introduction", Soul Rebels
68.**Jump up^** "Pride and prejudice", *The Guardian*, reported by Alexis Petridis, 9 December 2004

69.^ Jump up to:*a b* "Deal to ban 'homophobic' reggae", *BBC News*, 8 February 2—5
70.**Jump up^** Moyo, Sigcino (23 June 2005). "Crashing Pride's party: Will gay-bashing reggae acts set to play Pride weekend clean up their act?". *NOW*.

71.**Jump up^** "Canada: Silencing Jamaican musicians fuels censorship debate", *Freemuse*

72.**Jump up^** "Anger Over Reggae Singer's Anti-Gay Rant", *Mamba*, 12 August 2013

73.**Jump up^** "Culture Minister Regrets Queen Ifrica's Gala Gay Comments", *The Gleaner*, 9 August 2013

74.**Jump up^** "Headlining artist's Rastafest performance cancelled after homophobia complaints",*Metro*, 23 August 2013

75.**Jump up^** "Prevalence of HIV, total (% of population ages 15–49)".

76.^ Jump up to:*a b c* "Country Progress Report: Jamaica", 30 March 2012

28

# Jamaican Law Prof Outed, Forced to Flee

**Jamaican law professor Maurice Tomlinson thought he was safe, until he was outed as gay and forced to flee his country.**

*Quorum is a live journalism forum focused on LGBT experiences around the world. Its mission is to lift up the voices of non-Western LGBT activists defining the struggle for justice.*

*Visit Quorum.thedailybeast.com for more stories of persecution, triumph, adversity, and strength.*

Law professor and activist Maurice Tomlinson of AIDS-Free World says it wasn't until he married his husband in Canada that he really understood the wrath of Jamaica's rabid anti-gay culture.

He didn't intend for the marriage to become public, but it was revealed by a student and made headline news. Death threats followed, as Tomlinson explained at The Daily Beast's first installment of Quorum: Global LGBT Voices.

"If I was to hold my husband's hand in the privacy of our bedroom that would require me being charged with the offense of gross indecency, for which I would have to be registered as a sex offender and carry a card or pay a $1,000,000 fine," he said to the crowd. "In 2011 our charter actually banned the recognition of any form of same gender relationships and seeks to constitutionally intrench our anti-sodomy law which was imposed by the British in 1864."

Despite increasing support for those anti-sodomy laws in recent years, Tomlinson is hopeful and urges world leaders and LGBT allies to make a stand in whatever way they can.

"We have started to be visible," he shared. "We realized that a lot of the hate is driven by fear and ignorance. People need to know us. They will understand that we are their brothers, their sisters, their lawyers, their teachers."

Watch Tomlinson's rousing call to action that kicked of the powerful and inspiring day.